## Affidavit of Service

**UNITED STATES DISTRICT COURT**
**District of Columbia**

Estate of Lazarus Wilson, et al.
Plaintiff

Case Number: 1:23-cv-01987-DLF

vs.

The District of Columbia, et al.
Defendant

On behalf of:
Andrew Clarke
A. Clarke Law, PLLC
163 Waterfront Street, Suite 440
National Harbor, MD 20745

Received by Cavalier to be served on Commander Jason Bagshaw at 441 4th Street, NW, Washington, DC 20001.

I, Erin McDonald, being duly sworn, depose and say that on August 10, 2023 at or about 9:51 AM I served Summons and Complaint; Civil Cover Sheet personally to Barbara Rousey as Staff assistant / Person Found in Charge at 441 4th Street, NW, Washington, DC 20001, being of suitable position and discretion to accept service in the absence of Commander Jason Bagshaw. Upon information and belief, 441 4th Street, NW, Washington, DC 20001 is the usual place of business or employment of Commander Jason Bagshaw.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Subscribed and sworn to in my state and county
by the affiant whose identity is known to me.

_____
Notary Public

Signed Date: 8/10/23



_____
Erin McDonald
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-112577