UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF LAZARUS WILSON & TANYA WILSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | 2023-cv-1987-DLF |

## DEFENDANTS' MOTION TO EXTEND THE
## DEADLINE TO RESPOND TO THE PLAINTIFFS' COMPLAINT

Defendants District of Columbia (the District), Executive Assistant Chief of Police Ashan Benedict, and Commander Jason Bagshaw move this Court, pursuant to Fed. Civ. R. 6, to extend the deadline to respond to the Complaint, up to and including October 2, 2023. Undersigned counsel returned from extended leave on August 29, 2023 and needs additional time to investigate the numerous allegations set forth in the complaint. And to prepare a response. No party will be unduly prejudiced should this motion be granted. This is the defendants' first motion to extend their response deadline.

A memorandum of points and authorities in support of this motion and a proposed order are attached.

Dated: August 31, 2023          Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


/s/ *Kerslyn D. Featherstone*
KERSYLN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation Division, Section I
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6600 (direct)
Fax: (202) 741-8924
Email: Kerslyn.featherstone@dc.gov

*Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICIATION

I certify that I contacted the plaintiffs' counsel on August 31, 2023, seeking consent to the relief sought here. To date there has been no response. The Court may treat this motion as contested.


/s/ *Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF LAZARUS WILSON & TANYA WILSON, *Plaintiffs*, v. DISTRICT OF COLUMBIA, *et al.*, *Defendants*. | 2023-cv-1987-DLF |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THEIR MOTION TO EXTEND THE
DEADLINE TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

Defendants District of Columbia (the District), Executive Assistant Chief of Police Ashan Benedict, and Commander Jason Bagshaw submit this memorandum of points and authorities in support of their motion to enlarge their filing deadline.

**INTRODUCTION**

Good cause exists to extend the current August 31, 2023, deadline to respond to the Complaint filed by Plaintiffs, the Estate of Lazarus Wilson and Tanya Wilson, up to and including October 2, 2023, against these defendants. Given the number of allegations set forth in the complaint, the need to investigate the allegations in the complaint and undersigned counsel's recent return from committed leave, additional time is needed to respond to the complaint.

**FACTS**

On July 11, 2023, the plaintiffs sued Executive Assistant Chief of Police Benedict, in his official capacity in his past role as Interim Chief of Police for the Metropolitan Police

Department, Commander Bagshaw, and the District alleging that on July 16, 2022, Commander Bagshaw intervened in an ongoing robbery of Lazarus Wilson, and shot and killed him.  The Estate seeks to pursue an excessive force claim against Commander Bagshaw in violation of Mr. Wilson's Fourth Amendment rights under 42 U.S.C. § 1983, and assert common law claims for assault and battery, and a survival claim.  The Estate also seeks to proceed on a gross negligence claim against Executive Chief of Police Benedict.  Ms. Wilson asserts a common law wrongful death against Commander Bagshaw.  And they both assert a stand-alone *respondeat superior* claim against the District. *See* Compl. [1].  The Complaint contains 113 allegations.  *Id.*

The defendants were served with the summons and complaint and their response to the Complaint is due by August 31, 2023.  On August 29, 2023, undersigned just returned from extended leave and needs additional time to investigate the allegations set forth in the Complaint, and to prepare a response for the defendants.  The defendants now move to extend their deadline to respond to the Complaint.

## LEGAL STANDARD

Under Fed. R. Civ. P. (6)(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made before the original time or its extension expires . . . ."

## ARGUMENT

Good cause exists to enlarge the defendants' response deadline by 30 days.  Given the nature and extent of the allegations set forth in the Complaint, and undersigned's recent return from extended leave, additional time is needed to investigate the lengthy allegations and to prepare a response on behalf of all defendants.  No party will be unduly prejudiced and the

Court's schedule will not be impacted given there are no events currently scheduled.  This is the defendants first request to extend these deadlines.

## CONCLUSION

For these reasons, the defendants request that the Court grant this motion and extend the time to respond to the complaint until for 30 days, i.e. until October 2, 2023.

Dated: August 31, 2023                    Respectfully submitted,

                                                        BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ *Kerslyn D. Featherstone*
KERSYLN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation Division, Section I
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6600
Fax: (202) 741-8924
Email: Kerslyn.featherstone@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF LAZARUS WILSON & TANYA WILSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Case No. 2023-cv-1987-DLF |

## ORDER

Upon consideration of the motion to enlarge time to respond to the Complaint by Defendants District of Columbia, Executive Assistant Chief of Police Ashan Benedict, and Commander Jason Bagshaw, and the entire record, it is by this _____ day of _____ 2023,

**ORDERED** that the defendants' motion is **GRANTED** for the reasons set forth in the motion; and it is,

**FURTHER ORDERED** that the defendants shall file a response to the complaint by October 2, 2023; and it is,

**SO ORDERED.**

_____
Judge Dabney L. Friedrich
U.S. District Court for the District of Columbia