UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF LAZARUS WILSON & TANYA WILSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | 2023-cv-1987-DLF |

## DECLARATION OF LANA CRAVEN

I, LANA CRAVEN, state that the following is true to the best of my knowledge, information, and belief:

1. I am over the age of 18 and am competent to testify to the matters set forth in this declaration.

2. The information provided is based on my personal knowledge, information, and belief, and information provided to me from other employees in the District of Columbia Office of Risk Management (ORM).

3. I have been designated by the District of Columbia (the District), in my official capacity, to search for and report what claims were received as related to the above-captioned case.

4. I am the Program Analyst for the Tort Liability Division in the ORM. The Tort Liability Division receives, processes, and investigates potential claims against the District under D.C. Code § 12-309 (2001 ed.). The ORM commenced receiving potential claims on January 15,

2004.

5. Receipt of written notice of claims against the District is forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims, either from the Mayor's Office or directly, it records the receipt of such notice in its claims management system.

6. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to the ORM and recorded in its claims management system.

7. I have conducted a diligent search of the records placed in ORM's Risk Management System for any written claim notices received from or on behalf of the Estate of Lazarus Wilson and Tanya Wilson.

8. The District has no claim notifying it that on or about July 16, 2022, Lazarus Wilson was shot and killed by a member of the Metropolitan Police Department, as alleged in *the Estate of Lazarus Wilson, et al., v. District of Columbia*, et al, 2023-cv-1987 (DLF).

Under penalty of perjury, I declare under the laws of the District of Columbia that the foregoing is true and correct to the best of my knowledge, information and belief.

*Lana Craven*

LANA CRAVEN
Program Analyst
Office of Risk Management
Executive Office of the Mayor
441 Fourth Street, NW, Suite 800S
Washington, D.C. 20001
(202) 727-9413

Executed on this _2nd_ day of October 2023.