UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF LAZARUS WILSON | : | |
| & TANYA WILSON, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:23-cv-01987-DLF |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| Defendants. | : | |

### PLAINTIFFS' OPPOSITION MOTION TO DEFENDANTS [FORMER] INTERIM CHIEF OF POLICE ASHAN BENEDICT, DISTRICT OF COLUMBIA, AND COMMANDER JASON BAGSHAW'S MOTION TO DISMISS AND THE DISTRICT OF COLUMBIA'S PARTIAL MOTION FOR SUMMARY JUDGEMENT

COMES NOW, your Plaintiffs, the Estate of Lazarus Wilson and Tanya Wilson (hereinafter the "Plaintiffs"), by and through their undersigned counsel, hereby submits this opposition motion to defendants' motion to dismiss and partial motion for summary judgment. A memorandum of points and authorities, along with proposed orders, are attached in support of the plaintiffs' opposition motion.

Date: November 15, 2023                                    Respectfully Submitted,

/s/ *Andrew O. Clarke*
**Andrew O. Clarke. Esquire**
DC BAR NO.: 1032649
**A. CLARKE LAW, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: (202)780-9144
F: (202)747-5827
a.clarke@aclarkelaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on November 15, 2023, a true copy of the foregoing was electronically filed and served on counsel of record for the defendants via CM/ECF filing system.

      */s/ Andrew O. Clarke*

      *Attorney for Plaintiff*