**Exhibit 1**



September 28, 2022

**SENT VIA CERTIFIED MAIL**

Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Ave, NW
Washington, DC 20004

**In Re:  Notice of Intent to Sue Metropolitan Police Department for Excessive Force and Wrongful Death of Lazarus Wilson.**

Dear Executive Office of the Mayor,

My name is Andrew O. Clarke, Esquire and I represent the Estate of Lazarus Wilson. On behalf of the Estate, we hereby provide notice of our intent to sue the Metropolitan Police Department ("MPD") for the use of Excessive Force and Wrongful Death.

On July 16, 2022, the late Mr. Wilson was shot and killed in the District of Columbia by an off-duty MPD officer, Jason Bagshaw. It is alleged that Mr. Wilson came to the Wharf area in the District of Columbia to purchase a watch and at some point, Mr. Wilson pulled out a firearm. The off-duty MPD officer, Jason Bagshaw saw Mr. Wilson and decided to approach, shoot, and unjustifiably killed Mr. Wilson, depriving him of his life and liberty.

Pursuant to D.C. Code § 12-309, we are noticing our intent to sue the Metropolitan Police Department for Excessive Force and Wrongful Death in the District of Columbia. We will attempt to hold the organization responsible for the death of Mr. Wilson on the evening of July 16, 2022, as well as seek the justice our client wholly deserves.

Maryland
163 Waterfront Street
Suite 440
National Harbor, MD 20745

Website: www.aclarkelaw.com
E-mail: info@aclarkelaw.com
Telephone: (202) 780-9144
Facsimile: (202) 747-5827

Commonwealth of Virginia
2111 Wilson Blvd
Suite 700
Arlington, VA 22201

WE ASK THAT YOU DO NOT SPOLIATE OR OTHERWISE DESTROY ANY EVIDENCE RELATED TO THIS MATTER INCLUDING BUT NOT LIMITED TO; BODY WORN CAMERA FOOTAGE, POLICE REPORTS, ANY DISCIPLINARY REPORTS, DISCOVERY OR OTHER EVIDENCE REGARDING THIS SHOOTING INCIDENT.

We appreciate your attention to this important matter. Should you have any questions, please do not hesitate to contact my office.

Respectfully,

*Andrew O. Clarke*

Andrew O. Clarke, Esquire

cc: The Estate of Lazarus Wilson

Maryland
163 Waterfront Street
Suite 440
National Harbor, MD 20745

Website: www.aclarkelaw.com
E-mail: info@aclarkelaw.com
Telephone: (202) 780-9144
Facsimile: (202) 747-5827

Commonwealth of Virginia
2111 Wilson Blvd
Suite 700
Arlington, VA 22201

2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20004

| Certified Mail Fee | $4.00 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $4.60 |

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0950 0002 1068 7716

Postmark Here   SEP 28 2022   09/28/2022   OXON HILL, MD 20745   USPS

```
                              Affixed Postage        -$1.20
                              Affixed Amount: $1.20
Total                                            $3.40

Grand Total:                                     $3.40

Credit Card Remit:                               $3.40
  Card Name: AMEX
  Account #: XXXXXXXXXXX1017
  Approval #: 858377
  Transaction #: 713
  AID: A000000025010801         Chip
  AL: AMERICAN EXPRESS
  PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
               1-800-222-1811

              Preview your Mail
              Track your Packages
              Sign up for FREE @
          https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
            Thank you for your business.

           Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device,
```



```
         or call 1-800-410-7420


UFN: 233321-0745
Receipt #: 840-52000149-2-6948572-2
Clerk: 23
```

